# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA GRAFTON, | 1:08-cv-01037 DLB HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION |
| v. | |
| TINA HORNBEAK, Warden, | [Doc. 17] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Good cause having been presented, it is HEREBY ORDERED that the time for filing an answer to the petition is extended to and including December 3, 2008.

IT IS SO ORDERED.

Dated:   **November 21, 2008**          **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

1